Same case below, 402 Fed. Appx. 126.

**No. 10-9178. Dale Thurman, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1803, 179 L. Ed. 2d 669, 2011 U.S. LEXIS 2550.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 625 F.3d 1053.

**No. 10-9179. Mauro Wojcikiewicz, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1803, 179 L. Ed. 2d 669, 2011 U.S. LEXIS 2577.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 403 Fed. Appx. 483.

**No. 10-9184. Carl Pearce, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1803, 179 L. Ed. 2d 669, 2011 U.S. LEXIS 2431.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9190. Sulema Villagrana Lopez, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1803, 179 L. Ed. 2d 669, 2011 U.S. LEXIS 2519.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 604.

**No. 10-9193. Saul Ronquillo, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1803, 179 L. Ed. 2d 669, 2011 U.S. LEXIS 2449.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 922.

**No. 10-9195. Lionel Valenzuela-Carranza, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1804, 179 L. Ed. 2d 669, 2011 U.S. LEXIS 2505.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 413 Fed. Appx. 978.

**No. 10-9199. Rasene Myton, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1804, 179 L. Ed. 2d 669, 2011 U.S. LEXIS 2461,

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9201. George R. Lujan, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1804, 179 L. Ed. 2d 669, 2011 U.S. LEXIS 2534.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 398 Fed. Appx. 347.